HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
SAM MOSS KERFOOT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-CR-00269-DAD |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| vs. | |
| SAM MOSS KERFOOT, | Date: July 16, 2024 |
| Defendant. | Time:  9:30 a.m. |
| | Judge: Dale A. Drozd |

IT IS HEREBY STIPULATED by and between Phillip A, Talbert, United States Attorney, through Assistant United States Attorney Emily Sauvageau, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Douglas Beevers, attorney for Sam Moss Kerfoot, that the status conference, currently scheduled for May 14, 2024, be continued to July 16, 2024 at 9:30 a.m.

Defense counsel requests additional time to review protected discovery. The parties believe a continuance to July 16, 2024, will permit defense counsel the additional time necessary to conduct pretrial investigation, identify and interview witnesses, obtain pertinent records, and finalize any further pre-plea negotiations.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including July 16, 2024;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

1    Counsel and the defendant also agree that the ends of justice served by the Court granting

2    this continuance outweigh the best interests of the public and the defendant in a speedy trial.

3

4                                              Respectfully submitted,

5
     Dated:  May 8, 2024
6                                              HEATHER E. WILLIAMS
                                               Federal Defender
7

8                                              */s/ Douglas Beevers*
                                               DOUGLAS BEEVERS
9                                              Assistant Federal Defender
                                               Attorney for Defendant
10                                             SAM MOSS KERFOOT

11   Dated:  May 8, 2024
                                               PHILLIP A. TALBERT
12                                             United States Attorney

13                                             */s/ Emily Sauvageau*
                                               EMILY SAUVAGEAU
14                                             Assistant U.S. Attorney
                                               Attorney for Plaintiff
15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          -2-

## <u>ORDER</u>

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including July 16, 2024, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the May 14, 2024 status conference shall be continued until July 16, 2024, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **May 8, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE