PHILLIP A. TALBERT
United States Attorney
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAM MOSS KERFOOT,<br><br>Defendant. | CASE NO. 2:23-CR-269-DAD<br><br>STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING<br><br>DATE: January 6, 2025,<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defendant pleaded guilty pursuant to a plea agreement and was sentenced on October 22, 2024. By previous order, this matter was set for a restitution hearing on January 6, 2025,.

2. By this stipulation, the parties now move to continue the status conference until February 10, 2025,.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes material depicting child sexual abuse material, or child pornography, which must be and has been made available for inspection and copying at a law enforcement facility. The government has also provided a copy of the restitution requests in this matter to defense counsel.

      b)    Counsel for defendant desires additional time to review the restitution requests, compare them with the discovery, and consult with his client.

      c)    Both parties request additional time to review the restitution requests and prepare for a hearing.

      d)    The government does not object to the continuance.

4.    Thus, the restitution hearing should be continued to February 10, 2025 at 9:30 a.m. to allow the defendant to further investigate the restitution claims in advance of the hearing.

IT IS SO STIPULATED.

Dated: January 3, 2025

PHILLIP A. TALBERT  
United States Attorney

/s/ EMILY G. SAUVAGEAU  
EMILY G. SAUVAGEAU  
Assistant United States Attorney

Dated: January 3, 2025

/s/ DOUGLAS BEEVERS  
Douglas Beevers  
Counsel for Defendant  
SAM MOSS KERFOOT

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the restitution hearing scheduled for January 6, 2025, is continued to February 10, 2025, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **January 3, 2025**

_Dale A. Drozd_  
DALE A. DROZD  
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

2