MICHELE BECKWITH
Acting United States Attorney
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAM MOSS KERFOOT,<br><br>Defendant. | CASE NO. 2:23-CR-269-DAD<br><br>STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING<br><br>DATE: February 10, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defendant pleaded guilty pursuant to a plea agreement and was sentenced on October 22, 2024. By previous order, this matter was set for a restitution hearing on February 10, 2025.

2. By this stipulation, the parties now move to continue the status conference until March 3, 2025.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes material depicting child sexual abuse material, or child pornography, which must be and has been made available for inspection and copying at a law enforcement facility. The government has also provided a copy of the restitution requests in this matter to defense counsel.

    b) Counsel for defendant desires additional time to review the restitution requests, compare them with the discovery, and consult with his client. Defense counsel is scheduled to meet with the case agent and review the evidence in this case in connection with the restitution request on February 12, 2025.

    c) Both parties request additional time to review the restitution requests and prepare for a hearing.

    d) The government does not object to the continuance.

4. Thus, the restitution hearing should be continued to March 3, 2025, at 9:30 a.m. to allow the defendant to further investigate the restitution claims in advance of the hearing.

IT IS SO STIPULATED.

Dated: February 7, 2025       MICHELE BECKWITH
                 Acting United States Attorney

                 /s/ EMILY G. SAUVAGEAU
                 EMILY G. SAUVAGEAU
                 Assistant United States Attorney

Dated: February 7, 2025       /s/ DOUGLAS BEEVERS
                 Douglas Beevers
                 Counsel for Defendant
                 SAM MOSS KERFOOT

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the restitution hearing previously scheduled for February 10, 2025, is continued to March 3, 2025, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **February 7, 2025**          _Dale A. Drozd_
                 DALE A. DROZD
                 UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3