HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
SAMUEL KERFOOT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:23-cr-00269-DAD |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING |
| v. | |
| SAMUEL KERFOOT, | Date: March 3, 2025<br>Time: 9:30 a.m.<br>Judge: Hon. Dale A. Drozd |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Michele Beckwith, Acting United States Attorney, through Emily Sauvageau, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Samuel Kerfoot, that the restitution hearing currently scheduled for March 3, 2025, at 9:30 a.m., be vacated and the matter continued to March 10, 2025, at 9:30 a.m.

Defense needs additional time to review the expert evidence provided by 5 of the 6 victims.  Defense has examined the evidence and agrees that restitution should be at least $18,000.  The Defendant has waived presence for the hearing and is serving his 324 month sentence. The parties believe a continuance to March 10, 2025, will permit defense counsel the additional time necessary.  The Government and US Probation do not object to the continuance.

//
//

Stipulation and Order                              -1-

DATED: February 26, 2025

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for SAMUEL KERFOOT

DATED: February 26, 2025

MICHELE BECKWITH
Acting United States Attorney

*/s/ Emily Sauvageau*
EMILY SAUVAGEAU
Assistant United States Attorney
Attorney for Plaintiff

Stipulation and Order                -2-

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

It is ordered that the March 3, 2025 status conference shall be continued until March 10, 2025, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **February 26, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

Stipulation and Order                -3-