1  MICHELE BECKWITH
   Acting United States Attorney
2  EMILY G. SAUVAGEAU
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                     IN THE UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           CASE NO. 2:23-CR-269-DAD

12                 Plaintiff,           STIPULATION AND ORDER TO CONTINUE
                                        RESTITUTION HEARING
13          v.
                                        DATE: March 31, 2025,
14 SAM MOSS KERFOOT,                    TIME: 9:30 a.m.
                                        COURT: Hon. Dale A. Drozd
15                 Defendant.

16

17                                **STIPULATION**

18         Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20         1.      Defendant pleaded guilty pursuant to a plea agreement and was sentenced on October 22,

21 2024. By previous order, this matter was set for a restitution hearing on March 31, 2025,.

22         2.      By this stipulation, the parties now move to continue the status conference until April 7,

23 2025, at 9:30 a.m.

24         3.      The parties agree and stipulate, and request that the Court find the following:

25                 a)      The government has represented that the discovery associated with this case

26 includes material depicting child sexual abuse material, or child pornography, which must be and

27 has been made available for inspection and copying at a law enforcement facility. The

28 government has also provided a copy of the restitution requests in this matter to defense counsel.

                                                        1

   b) Counsel for defendant desires additional time to review the restitution requests, compare them with the discovery, and consult with his client.

   c) Government counsel is on temporary sick leave on March 31, 2025.

   d) Both parties request additional time to review the restitution requests and prepare for a hearing or submit a proposed stipulation and proposed order settling the restitution claims.

 4. Thus, the restitution hearing should be continued to April 7, 2025, at 9:30 a.m. to allow the defendant to further investigate the restitution claims in advance of the hearing.

IT IS SO STIPULATED.

Dated: March 28, 2025

  MICHELE BECKWITH
  Acting United States Attorney

  /s/ EMILY G. SAUVAGEAU
  EMILY G. SAUVAGEAU
  Assistant United States Attorney

Dated: March 28, 2025

  /s/ DOUGLAS BEEVERS
  Douglas Beevers
  Counsel for Defendant
  SAM MOSS KERFOOT

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the restitution hearing previously scheduled for March 31, 2025, is continued to April 7, 2025, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **March 28, 2025**

  DALE A. DROZD
  UNITED STATES DISTRICT JUDGE

2