HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
SAMUEL KERFOOT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:23-cr-00269-DAD |
| ) Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING |
| v. ) | |
| ) SAMUEL KERFOOT, ) | Date: April 28, 2025 Time: 9:30 a.m. Judge: Hon. Dale A. Drozd |
| ) Defendant. ) | |

IT IS HEREBY STIPULATED by and between Michele Beckwith, Acting United States Attorney, through Emily Sauvageau, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Samuel Kerfoot, that the restitution hearing currently scheduled for April 28, 2025, at 9:30 a.m., be vacated and the matter continued to May 12, 2025, at 9:30 a.m.

As grounds for the continuance, the attorneys for the restitution victims and the attorneys in the criminal case have come to a tentative settlement offer which needs to be approved by the Defendant who is serving his sentence at F.C.I. Sheridan   The Government and victims attorneys do not object to the continuance.

//
//

Stipulation and Order                          -1-

DATED: April 23, 2025

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for SAMUEL KERFOOT

DATED: April 23, 2025

MICHELE BECKWITH
Acting United States Attorney

*/s/ Emily Sauvageau*
EMILY SAUVAGEAU
Assistant United States Attorney
Attorney for Plaintiff

# **O R D E R**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

It is ordered that the April 28, 2025 status conference shall be continued until May 12, 2025, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **April 25, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE