HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
SAMUEL KERFOOT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:23-cr-00269-DAD |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING |
| v. | ) ) | |
| SAMUEL KERFOOT, | ) ) | Date: May 12, 2025 Time: 9:30 a.m. Judge: Hon. Dale A. Drozd |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED by and between Michele Beckwith, Acting United States Attorney, through Shea Kenney, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Samuel Kerfoot, that the restitution hearing currently scheduled for May 12, 2025, at 9:30 a.m., be vacated and the matter continued to June 9, 2025, at 9:30 a.m.

As grounds for the continuance, Defense counsel is in a jury trial in U.S. v. Roberts that is likely to continue through May 13. The Defendant has waived presence for the hearing and is serving his 324 month sentence. The parties believe a continuance to June 9, 2025, will permit defense counsel the additional time necessary. The Government and US Probation do not object to the continuance.

//
//

Stipulation and Order                    -1-

DATED: May 6, 2025

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for SAMUEL KERFOOT

DATED: May 6, 2025

MICHELE BECKWITH
Acting United States Attorney

*/s/ Shea Kenny*
SHEA KENNY
Assistant United States Attorney
Attorney for Plaintiff

# O R D E R

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The May 12, 2025 restitution hearing is now continued until June 9, 2025, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **May 9, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE