MICHELE BECKWITH
Acting United States Attorney
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-269-DAD |
|---|---|
| Plaintiff, | STIPULATION REGARDING RESTITUTION; ORDER |
| v. | |
| SAM MOSS KERFOOT, | DATE: June 23, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |
| Defendant. | |

**STIPULATION**

IT IS HEREBY STIPULATED and requested by and between the parties through their respective counsel, SHEA J. KENNY, Assistant United States Attorney, and DOUGLAS BEEVERS, attorney for the defendant, Sam Moss Kerfoot, that restitution be ordered as follows and that the upcoming June 23, 2025, restitution hearing be vacated. The parties further request the Court issue an amended judgment which includes the restitution amounts set forth below.

The parties agree that each of the victims listed below are victims of the defendant's crimes, that a restitution order is appropriate under 18 U.S.C. § 2259(a), and that the defendant be ordered to pay restitution in the following amounts:

| | | |
|---|---|---|
| "April" | Restore the Child PLLC<br>FBO AprilBlonde<br>2522 N Proctor St, Tacoma, WA 98406 | $4,500 |
| "Chelsea" | Restore the Child PLLC<br>FBO Chelsea<br>2522 N Proctor St, Tacoma, WA 98406 | $3,500 |
| "Pia" | Deborah A Bianco, P.S.<br>FBO Pia<br>PO Box 6503, Bellevue, WA 98008 | $3,000 |
| "Henley" | Deborah A Bianco, P.S.<br>FBO Henley<br>PO Box 6503, Bellevue, WA 98008 | $3,000 |
| "Jenny" | Marsh Law Firm PLLC<br>FBO Jenny<br>P.O. Box 4668, #65135, New York, NY 10163 | $3,000 |
| "Lily" | Carol L. Hepburn<br>FBO Lily<br>PO Box 17718, Seattle, WA 98127 | $3,000 |
| "Sarah" | Carol L. Hepburn<br>FBO Sarah<br>PO Box 17718, Seattle, WA 98127 | $3,000 |
| "Sloane" | Carol L. Hepburn<br>FBO Sloane<br>PO Box 17718, Seattle, WA 98127 | $3,000 |
| "Savannah" | Carol L. Hepburn<br>FBO Savannah<br>PO Box 17718, Seattle, WA 98127 | $3,000 |
| "Taylor" | Utah Crime Victims Legal Clinic<br>FBO Taylor<br>404 East 4500 South, Suite B24, Salt Lake City, UT 84107 | $3,000 |
| | **TOTAL** | **$32,000** |

IT IS SO STIPULATED.

Dated:  June 16, 2025                    MICHELE BECKWITH
                                          Acting United States Attorney


                                          /s/ SHEA J. KENNY
                                          SHEA J. KENNY
                                          Assistant United States Attorney

Dated: June 16, 2025

/s/ DOUGLAS BEEVERS
DOUGLAS BEEVERS
Counsel for Defendant
SAM MOSS KERFOOT

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. An amended judgment shall issue which includes the restitution language set forth above. The restitution hearing scheduled for June 23, 2025, is vacated.

IT IS SO ORDERED.

Dated: **June 18, 2025**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE